UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GALP SIERRA VISTA L.P., a Washington limited partnership, et al.,

Plaintiffs,

v.

RSUI INDEMNITY COMPANY, a New Hampshire corporation,

Defendant.

CASE NO. C10-5647BHS

ORDER GRANTING MOTION TO WITHDRAW

This matter comes before the Court on the motions to withdraw as attorney for Plaintiffs Galp Sierra Vista LP, Wentwood Baytown LP, and Wentwood Rollingbrook LP ("Plaintiffs") (Dkts. 25 & 26).

On September 13, 2011, attorneys of record for Plaintiffs filed a motion to withdraw. Dkt. 25. On October 17, 2011, they filed a second motion to withdraw. Dkt. 26. On November 14, 2011, the attorneys filed a declaration asserting that they had informed all three Plaintiffs that the corporate entities must be represented by an attorney. Dkt. 29.

The motions are unopposed and the attorneys have complied with the Local Civil Rules. Therefore, the Court grants the first motion (Dkt. 25) and strikes the second motion as moot (Dkt. 26).

**IT IS SO ORDERED**.

DATED this 15th day of November, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER