# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GALP SIERRA VISTA, L.P., a Washington limited partnership, et al.,

Plaintiffs,

v.

RSUI INDEMNITY COMPANY, a New Hampshire corporation,

Defendant.

CASE NO. C10-5647BHS

ORDER

This matter comes before the Court on Equity Funding, LLC's ("Equity") motion for contempt of Gary Gray (Dkt. 33).

On October 1, 2011, Equity served Gary Gray ("Gray") with a deposition subpoena. *Id.*, Exh. A. Gray did not attend the deposition. On November 11, 2011, Equity filed a motion for contempt of Gray. Dkt. 28. Gray did not respond.

The Court considers Gray's failure to respond an admission that the motion has merit. Local Rule 7(b)(2). Based on the record before the Court, Equity has shown that Gray failed to comply with the deposition request, an action that subjects him to sanctions. *See* Fed. R. Civ. P. 37. Therefore, the Court grants Equity's motion and requested sanctions. Equity is responsible for serving this order upon Gray. Within twenty days from that service, Gray must appear for a deposition and pay all fees and expenses associated with the court reporter.

**IT IS SO ORDERED.**

DATED this 20th day of December, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER