UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GALP SIERRA VISTA, L.P., a
Washington limited partnership, et al.,

Plaintiffs,

v.

RSUI INDEMNITY COMPANY, a New
Hampshire corporation, et al.,

Defendants.

CASE NO. C10-5647BHS

ORDER DENYING
PLAINTIFFS' MOTION FOR
RELIEF FROM ORDER OF
CONTEMPT

This matter comes before the Court on Plaintiffs' Galp Sierra Vista LP, Wentwood Baytown LP, and Wentwood Rollingbrook LP's ("Plaintiffs") motion for relief from contempt (Dkt. 40). The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

## I. PROCEDURAL HISTORY

On November 11, 2011, Plaintiff Equity Funding, LLC, ("Equity") filed a motion for contempt of Gary Gray ("Gray"). Dkt. 28. No party responded. On December 20, 2011, the Court found that Gray had failed to comply with a deposition request and was subject to sanctions. Dkt. 39. The Court ordered Gray to attend a deposition within twenty days and to pay all fees and expenses associated with the deposition. *Id*.

On December 28, 2011, Plaintiffs filed a motion for relief from contempt. Dkt. 40. On January 17, 2012, Equity responded. Dkt. 46. On January 23, 2012, Plaintiffs replied. Dkt. 48.

ORDER - 1

## II. DISCUSSION

As a threshold matter, the Court did not find Gray in contempt. The drastic sanction of contempt is appropriate when a party fails to comply with an order of the Court. Fed. R. Civ. P. 37(b)(1). The Court found that Gray had failed to comply with a discovery request in violation of Fed. R. Civ. P. 37(d)(1)(A)(i) and was subject to the sanction of attending a deposition and paying ceratin fees pursuant to Fed. R. Civ. P. 37(d)(3). With this clarification, the instant motion is moot and, therefore, denied.

With regard to the deposition of Gray, the Court suspends the previously imposed sanctions due to further development of the record. Gray was unrepresented and/or seeking alternative representation when the subpeona was served and the deposition was scheduled. Therefore, subject to no further delay in discovery requests, the Court suspends the imposed sanctions.

## III. ORDER

Therefore, it is hereby **ORDERED** that Plaintiffs' motion for relief from contempt (Dkt. 40) is **DENIED as moot**.

DATED this 14th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge