UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GALP SIERRA VISTA, L.P., a Washington limited partnership, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RSUI INDEMNITY COMPANY, a New Hampshire corporation, et al., <br><br> Defendants. | CASE NO. C10-5647BHS <br><br> ORDER GRANTING MOTION TO SEVER |

This matter comes before the Court on Defendant Illinois Union Insurance Company's ("Union") motion to sever (Dkt. 62). The Court has reviewed the briefs filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

## I. PROCEDURAL HISTORY

On December 14, 2011, Intervenor Plaintiff Equity Funding ("Equity") filed an amended complaint adding Union as a party and asserting a claim against Union based on the improper endorsement of a check Union had issued. *See* Dkt. 36.

On March 29, 2012, Union filed a motion to sever. Dkt. 62. On April 9, 2012, Plaintiffs filed a notice of joinder in Union's motion (Dkt. 65), and Defendant RSUI Indemnity Company responded and does not oppose the motion. Dkt. 67. On April 13, 2012, Union replied. Dkt. 69.

## II. DISCUSSION

"On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party." Fed. R. Civ. P. 21.

ORDER - 1

In this case, Union requests a severance of Equity's claim against Union and Union's counterclaim against Plaintiff Wentwood Rollingbrook LP because the improper endorsement claim is wholly separate from the other claims in this action. Dkt. 62. No party opposes the severance. The Court agrees with Union that severance is appropriate.

### III.  ORDER

Therefore, it is hereby **ORDERED** that Union's motion to sever (Dkt. 62) is **GRANTED**. The Clerk is directed to sever Equity's claim and Union's counterclaim into a new case. For the purposes of clarity, Equity is directed to file a new complaint in the new case no later than May 1, 2012. The Clerk shall also issue new initial orders on an expedited schedule.

DATED this 23rd day of April, 2012.

BENJAMIN H. SETTLE
United States District Judge