The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GALP SIERRA VISTA Limited Partnership, a Washington limited partnership, et al.,<br><br>Plaintiff,<br><br>EQUITY FUNDING, LLC,<br><br>Intervenor,<br><br>v.<br><br>RSUI INDEMNITY COMPANY, a New Hampshire corporation,<br><br>Defendant. | NO.  3:10-cv-05647 BHS<br><br>ORDER GRANTING MOTION FOR LEAVE TO DISMISS CLAIMS PURSUANT TO FCRP 41(a)(2) |

THIS MATTER came before the Court upon the unopposed joint motion of Cascade Capital Group, Inc., General Receiver for Plaintiff GALP CNA Limited Partnership, and Plaintiffs Wentwood Baytown L.P., Wentwood Rollingbrook, L.P., Wentwood Applewood, L.P., Wentwood Lakeside I, L.P., Wentwood St. James, L.P., Wentwood Woodside I, L.P., GALP Cypress L.P., GALP Graybridge, L.P., GALP Highcross, L.P., GALP Hunters Ridge, L.P., and GALP Waters, L.P. (together, the "movant Plaintiffs") for leave to dismiss their claims with

ORDER GRANTING MOTION FOR LEAVE TO
DISMISS CLAIMS - 1
3:10-cv-05647 BHS

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

prejudice and in their entirety pursuant to FRCP 41(a)(2).  The Court has reviewed the file and is otherwise familiar with this matter.  All parties except Intervenor Equity Funding have consented to the voluntary dismissal. However, no pleading was filed in opposition and no prejudice has been shown to any party as a result of granting the motion. Based upon the foregoing, it is hereby

ORDERED, ADJUDGED AND DECREED that the motion is GRANTED.  The movant Plaintiffs' claims are dismissed in their entirety and with prejudice, without costs to any party.

DATED this 25th day of January, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

GORDON TILDEN THOMAS & CORDELL, LLP

By:   s/ *Dale L. Kingman*
      Dale L. Kingman, WSBA #7060
      Haley K. Krug, WSBA #39315
*Counsel for Cascade Capital Group,*
*General Receiver for GALP CNA, LLP*

K&L GATES, LLP

By:   s/ *David C. Neu*
      David C. Neu, WSBA #33143
      Brian T. Peterson, WSBA #42088
      Brian L. Lewis, WSBA #33560
*Counsel for Cascade Capital Group,*
*General Receiver for GALP CNA, LLP*

ORDER GRANTING MOTION FOR LEAVE TO DISMISS CLAIMS - 2
3:10-cv-05647 BHS

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292